■ ERICA BERGER, Respondent, v. KIAMESHA CONCORD, INC., Appellant.— Order, entered on August 29, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Noonan, JJ.

■ ANNA H. BING v. MORGAN GUARANTY TRUST COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ PETER S. BING v. MORGAN GUARANTY TRUST COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ PETER S. BING v. MORGAN GUARANTY TRUST COMPANY OF NEW YORK.— Motion for a stay denied. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ ANNA H. BING v. MORGAN GUARANTY TRUST COMPANY OF NEW YORK.— Motion for a stay denied. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ MARY C. ABBATE et al. v. ROBERT J. CARTER et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Motion for a stay denied, with $10 costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT BREGMAN v. WARDEN OF THE NEW YORK CITY PRISON, COUNTY OF NEW YORK.— Motion for reargument or for leave to appeal to the Court of Appeals, and for a stay, granted only to the extent of extending the stay of extradition until 15 days after the entry of the order herein, conditioned upon the continuance of the bail bond. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT EPPS.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT EPPS.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MELVIN DOUGLAS.— Motion for leave to appeal as a poor person granted to the extent of assigning Whitman Knapp, Esq., of 26 Broadway, New York, N. Y. and Richard B. Cooper, Esq., of 30 Rockefeller Plaza, New York, N. Y. as counsel for defendant for purposes of the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ ALBERT B. LONG, JR., v. COLUMBIA UNIVERSITY, INC.— Motion for an order directing that summary judgment be entered herein in plaintiff's favor denied. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ ANTONIO NASTA v. HARRY WAGNER et al.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for the respondents and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Botein, P. J., Breitel, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE ESPOSITO.— Motion for an order vacating the order of this court entered on the 13th day of